Eastern District of Kentucky
**FILED**

DEC 20 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**UNITED STATES OF AMERICA**

V.                                                INDICTMENT NO. 7:24-cr-026-DCR

**DENNIS ARNOLD LYONS,**
   **aka DINO**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about November 4, 2024, in Knott County, in the Eastern District of Kentucky,

**DENNIS ARNOLD LYONS,**
**aka DINO,**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about November 8, 2024, in Powell County, in the Eastern District of Kentucky,

**DENNIS ARNOLD LYONS,**
**aka DINO,**

did knowingly and intentionally distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about November 18, 2024, in Knott County, in the Eastern District of Kentucky,

### DENNIS ARNOLD LYONS,
### aka DINO,

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about December 13, 2024, in Perry County, in the Eastern District of Kentucky,

### DENNIS ARNOLD LYONS,
### aka DINO,

did knowingly and intentionally possess with the intent to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 100 grams or more of a mixture

or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 18 U.S.C. § 924(c)(1)(A)

On or about December 13, 2024, in Perry County, in the Eastern District of Kentucky,

**DENNIS ARNOLD LYONS,**
**aka DINO,**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 4, that is, possession with the intent to distribute controlled substances, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 6
## 18 U.S.C. § 922(g)(1)

On or about December 13, 2024, in Perry County, in the Eastern District of Kentucky,

**DENNIS ARNOLD LYONS,**
**aka DINO,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit, a Glock, Model 17, 9mm handgun with serial number AND712US, and a Smith & Wesson, Model SD9, 9mm handgun with serial number FBM4960, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1, 2, 3, and 4 of the Indictment, **DENNIS ARNOLD LYONS, aka DINO,** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **DENNIS ARNOLD LYONS, aka DINO,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Count 5 and 6 of the Indictment, **DENNIS ARNOLD LYONS, aka DINO,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and 924. Any and all interest that **DENNIS ARNOLD LYONS, aka DINO,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS:**

   a. Glock, Model 17, 9mm handgun with serial number AND712US;
   b. Smith & Wesson, Model SD9, 9mm handgun with serial number FBM4960; and
   c. All associated ammunition and accessories.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

**FOREPERSON**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# PENALTIES

## COUNTS 1, 2 and 3

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing methamphetamine or 100 grams or more of a mixture or substance containing heroin:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If responsible for 500 grams or more of a mixture or substance containing methamphetamine:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

## COUNT 4:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

## COUNT 5:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.