Your Honor,

I am writing this letter with a heavy heart and the deepest respect for the court. I would like to humbly speak on behalf of my big brother Dennis Lyons, who is currently incarcerated. I know you hear many stories, but I hope mine can give you a small window into the man we know and love beyond what the legal records might say.

Dennis has always been the heart of our family. As the oldest son, he has always been a steady support and confidant to our mother. His absence has left a void in her life that has deeply affected her emotional and physical well-being. I see her cry quietly when she thinks no one is watching. It's a pain no parent should endure.

As the oldest brother, he's someone we could turn to for advice, protection, and strength. He's the one who shows up when things go wrong, no matter what he's dealing with himself. His love is loud and constant. Without him, a piece to our puzzle is missing.

He is also a loving father to his children, who miss him deeply every single day. It's been hard to explain to them why their dad can't be at their birthday's, holiday events, or tuck them in at night. They're too young to understand the system but old enough to feel his absence deeply. His kids need him; not just financially but emotionally and spiritually.

As an uncle, he's the kind that shows up with a smile, ready to wrestle on the floor, and build forts or offer words of encouragement to his older nieces and nephews. His guidance and energy mean more than words can say. Since he's been away, the light in our family has dimmed. Holidays or family gatherings aren't the same. Everyday life isn't the same.

Your Honor, I understand that everyone must be held accountable for their actions. But I also believe that people can grow and be given the chance to do better, especially someone who has always shown so much love, loyalty, and dedication to his family. My brother is not just an inmate; he is a loving son, father, brother, an uncle, and a good man who made mistakes, like so many of us have. But those mistakes don't define the totality of who he is.

We miss him dearly. And more than anything, we want the opportunity to heal as a family - together. I respectfully ask that you consider all of this as you weigh your decision regarding his future.

Thank you for taking the time out to read my letter and for giving me the chance to share the side of my broTher that doesn't always make it into legal documents.

With deep respect,

Keara Allen