To the Honorable Judge Danny C. Reeves

Your Honor,

I am writing to you on behalf of our family to respectfully share how the incarceration of Dennis Lyons—my mother's oldest son—has deeply affected all of us, especially my mother, his siblings, and the younger generation that looks up to him.

Dennis is more than a brother or a son—he has always been a central figure in our family. As the oldest child, he carried a quiet but powerful leadership role. He helped raise us, guided us, and often served as a bridge between generations. His absence has created a void that has emotionally and mentally impacted our entire family.

Our mother, in particular, carries the deepest pain. As a mother, watching your firstborn be taken away is a grief that never fades. Her health has been affected. Her spirit, once full of light, is often dimmed by the ache of not being able to see or hold her son freely. She lives each day with a mixture of hope and sorrow.

For us as siblings, it feels as though our foundation was shaken. Dennis was someone we leaned on—his advice, his strength, and his ability to step in during hard times made him a constant presence. Without him, family functions feel incomplete. Moments that should bring joy—holidays, birthdays, even regular gatherings—now carry a sense of emptiness.

His younger siblings and nieces and nephews, many of whom idolized him, are also affected. They're growing up without the consistent influence of someone who once guided and protected them. Dennis always had a way of teaching important life lessons with patience and honesty—something that can't be replaced.

We understand the seriousness of his situation and do not minimize the law or the justice system. However, we also believe in redemption, rehabilitation, and second chances. We believe that Dennis has more to offer this world—especially his family. We ask that you

consider the deep impact his absence has had and continues to have on all of us. We hope you see not just the charges, but the man, the brother, the son, and the mentor he is to so many.

Thank you for taking the time to read this letter and consider the heart of our family behind the facts of this case. No matter the outcome, we continue to believe in justice with compassion and the power of hope and change.

With the utmost respect, on behalf of the family

Keith Allen