7/23/2025

I am writing to plea for consideration of a reduced sentence for my grandson, Dennis Lyons. He is the father of four beautiful children. Dennis is an active hands-on father.  He takes the children to school, helps with homework and pours into his children daily.  Dennis really is a great young man who got caught up with the misgivings of others.

I love my grandson. As a retired homicide detective, I have shared many instances of good people getting caught up in mess.  I have significant health issues and am afraid that I may not see my grandson again.  I live in Detroit, Michigan and cannot travel as I wish I could.

Dennis' acceptance of the plea shows that he is accepting responsibility in the role he played.

Your Honor, I ask for mercy in his sentencing.

Sincerely,

*Monica J. Childs*

Monica J. Childs