MONISHA CHILDS

Your Honor,

      I am writing this letter with a heavy heart on behalf of my family, especially my mother. The Dennis Lyons that you think you know is not this man I know nor grew up with. I attended the first court date and the way the courts spoke of my brother made it seem as if you were locking up a monster. That couldn't be further from the truth. Dennis Lyons, I know a great man, a family man, an amazing father, brother, uncle, grandson, and son. Dennis is more than what you see he is the second piece of an eight-piece puzzle that is missing from my mother's heart. His absences have caused a void in all our lives, but definitely hers, my mother's smile is not the same. It has caused depression where she does not want to get up and move around.

      Daily activities and routines are no longer the same. Those daily calls hearing his voice are gone being able to see his face is gone. She breaks down every time his name comes up in a conversation or she sees a picture of him or with him in it. As the oldest sibling you are taking away my first and forever best friend. Dennis plays a major role in all our life, he is the protecter, the peacekeeper, he's the one we call on when things are not right in life and he gives that needed extra push. He has always been my biggest cheerleader as I am his. He has been a role model to our siblings as well as his nieces and nephews keeping them in order and on the right track. Getting on them when necessary and because of him I am on graduate number four that will walk the stage in June 2026. For that I am forever grateful to my brother, but Dennis proudest role in life is being a father to his four beautiful children Sy'Riah, Dennis Jr, Darrell, and London.

      During this time of absents has caused a lot of hurt, confusion, and anger with his children. They are used to their dad being with them rather it be taking them to school or picking them up. Helping with homework and school projects, participating at school functions and chaperoning on field trips. Talking to their dad, cooking with their dad, going to the park, or just chilling. My nieces and nephews don't know anything different; they are used to their father being with them. It has also caused heart ache and pain for the mother of his children not having her partner and her helping hand. The man she leans on for support the head of their household and the leader of their family is gone. I do understand the seriousness of the situation and that there are consequences to all actions. I just wanted to give you some InSite of a great man who made a bad decision.

Thank You for taking time out to read this letter